# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number   3:07cr778-02(MLC)

ROSANNA RAGSDALE

Defendant.

**RECEIVED**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

SEP 1 0 2010

AT 8:30_____M.
WILLIAM T. WALSH
CLERK

The defendant, ROSANNA RAGSDALE, was represented by Lisa VanHoeck, AFPD.

Violation numbers 1,3&4 have been dismissed.

The defendant admitted guilt to violation number 2 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
|---|---|
| 2 | 'Committed another crime' |

As pronounced on August 18, 2010, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on February 28, 2008 remain in full force and effect, if not already paid.

Signed this the 10th Day of September, 2010.

_____
MARY L. COOPER
United States District Judge

Defendant:     ROSANNA RAGSDALE
Case Number:   3:07cr778-02(MLC)

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of probation is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months. To run consecutively to the offender's imprisonment under any previous state or federal sentence.

The defendant shall remain in custody pending service of sentence.

No further supervised release imposed.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

     Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

                                                       _____
                                                       United States Marshal

                                                       By _____
                                                          Deputy Marshal